# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOEL CRUZ RIVEROL,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 72916 **FILED** |

JUL 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

| | |
|---|---|
| JOEL CRUZ RIVEROL,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 72991 |

| | |
|---|---|
| JOEL CRUZ RIVEROL,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 73284 |

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a "motion to investigate, inspect security surveillance footage," denying a motion to suppress, and denying a motion to appoint counsel. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our review of these appeals reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from district court orders denying a "motion to investigate, inspect security surveillance footage," denying a motion to suppress, and denying a motion to appoint counsel. *See* NRS 177.015(2) (only the State may appeal from a pretrial order granting or denying a motion to suppress); *Castillo v. State*, 106

SUPREME COURT
OF
NEVADA

(O) 1947A

17-22685

Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Michelle Leavitt, District Judge
Joel Cruz Riverol
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk